# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-01319-TAB |
| | § | |
| LISCHING CONSTRUCTION CO., INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/25/2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/03/2013                By:   /s/ David P. Leibowitz
                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-01319-TAB
§
LISCHING CONSTRUCTION CO., INC. §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $34,952.62
*and approved disbursements of* $8,102.13
*leaving a balance on hand of[1]:* $26,850.49

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $26,850.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $4,245.26 | $0.00 | $4,245.26 |
| David P. Leibowitz, Trustee Expenses | $15.64 | $0.00 | $15.64 |
| Lakelaw, Attorney for Trustee Fees | $2,477.50 | $0.00 | $2,477.50 |
| Lakelaw, Attorney for Trustee Expenses | $9.26 | $0.00 | $9.26 |
| Lois West, Accountant for Trustee Fees | $1,968.00 | $0.00 | $1,968.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses: $8,965.66
Remaining balance: $17,884.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $17,884.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,133.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | Laborer's Pension and Welfare Funds | $4,133.81 | $0.00 | $4,133.81 |

| | Total to be paid to priority claims: | $4,133.81 |
|---|---|---|
| | Remaining balance: | $13,751.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $189,938.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chicago Regional Council of Carpenters | $183,938.06 | $0.00 | $13,316.64 |
| 3A | Chicago Regional Council of Carpenters | $6,000.00 | $0.00 | $434.38 |

| | Total to be paid to timely general unsecured claims: | $13,751.02 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $22,059.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | Laborers' Pension and Welfare Funds | $22,059.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-01319-TAB
Lisching Construction Co., Inc.                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen          Page 1 of 2          Date Rcvd: Jun 04, 2013
                              Form ID: pdf006       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2013.
```
db         +Lisching Construction Co., Inc.,    c/o Russ Stewart, Registered Agent,    805 W. Touhy,
             Park Ridge, IL 60068-3300
16670598    Atlas Bobcat Inc,    GE Capital,    P.O. Box 536447,    Atlanta, GA 30353-6447
16670600   +Bracing System,    P.O. Box 517,    Bloomingdale, IL 60108-0517
16670602    Captial One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
16670603   +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16670605   +Chicago Reg Council Carpenters Fund,    c/o McJessy, Ching, Thompson, LLC,
             3759 N. Ravenswood, Suite 231,    Chicago, IL 60613-3881
17302788   +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
             One North LaSalle Street, Suite 1600,    Chicago, IL 60602-3935
16670606    Citicards,    Processing Center,    Des Moines, IA 50363-0001
16670607    FIA-Harris,    P.O. Box 851001,    Dallas, TX 75285-1001
17337721   +Hitachi Capital America Corp.,    Randall F Scherck, Esq,    Lathrop & Gage LLP,
             7701 Forsyth Blvd Ste 400,    Clayton MO 63105-1818
18605366   +Laborers' Pension and Welfare Funds,    11465 Cermak Road,    Westchester, IL 60154-5771
16670608   +Masons Local 502 Bene Funds,    c/o Arnold and Kadsan,    19 W. Jackson Blvd,
             Chicago, IL 60604-3926
16670610   +McJessy, Ching & Thompson,    3759 N. Ravenswood, Suite 231,    Chicago, IL 60613-3881
16670611   +Robinson Bobcat Service,    7808 S. 78th Court,    Bridgeview, IL 60455-1408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Lakelaw
16670599*   Atlas Bobcat Inc.,    GE Capital,    P.O. Box 536447,    Atlanta, GA 30353-6447
16670601*  +Bracing System,    P.O. Box 517,    Bloomingdale, IL 60108-0517
16670604*   Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16670609*  +Masons Local 502 Bene Funds,    c/o Arnold and Kadsan,    19 W. Jackson Blvd,
             Chicago, IL 60604-3926
16670612*  +Robinson Bobcat Service,    7808 S. 78th Court,    Bridgeview, IL 60455-1408
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: cgreen                Page 2 of 2                  Date Rcvd: Jun 04, 2013
                               Form ID: pdf006             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2013 at the address(es) listed below:
          Bryan K Clark    on behalf of Creditor    Hitachi Capital America Corp. bclark@lathropgage.com
          Christopher L Muniz    on behalf of Defendant    Chicago Regional Council of Carpenters Pension
           Fund clm@sacounsel.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Plaintiff David P. Leibowitz dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          David P Leibowitz, ESQ    on behalf of Accountant    Popowcer Katten, Ltd dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Karen I. Engelhardt    on behalf of Creditor    Laborers' Pension Fund kie@ask-attorneys.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Russ  Stewart    on behalf of Debtor    Lisching Construction Co., Inc. russ@russstewart.com
                                                                                                                                                                                                              TOTAL: 9