**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-01319-TAB |
| | § | |
| LISCHING CONSTRUCTION CO., INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/13/2011. The undersigned trustee was appointed on 01/13/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $34,952.62

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $1,317.27 |
   | Bank service fees | $731.34 |
   | Other Payments to creditors | $6,053.52 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |

   Leaving a balance on hand of[1]             $26,850.49

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/31/2011 and the deadline for filing government claims was 05/31/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,245.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,245.26, for a total compensation of $4,245.26$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $15.64, for total expenses of $15.64.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2013       By:   /s/ David P. Leibowitz
                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-01319-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LISCHING CONSTRUCTION CO., INC. | Date Filed (f) or Converted (c): | 01/13/2011 (f) |
| For the Period Ending: | 6/24/2013 | §341(a) Meeting Date: | 02/28/2011 |
| | | Claims Bar Date: | 05/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 First Nations Bank 1151 E. Butterfield Road Wheaton, IL 60189 | $8,333.00 | $8,333.00 | | $0.00 | FA |
| 2 Columbia Sept. 2008 $9,995.00 Build Tech Nov 2008 $31,000.00 A & A Paving Sept. 24, 2010 $18,600.00 | $59,595.00 | $18,600.00 | | $18,600.00 | FA |
| 3 1999 Chevy Blazer | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 4 1998 Chevy 3/4 T Pickup | $1,000.00 | $1,000.00 | | $350.00 | FA |
| 5 1995 Chevy 3/4 T Pickup | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 6 1984 Chevy 665 Flatbed | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 7 2002 Imperial Trailer Lot | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 8 Bobcat S130 Uniloader - Contract | $10,000.00 | $3,946.48 | | $10,000.00 | FA |
| 9 8 foot Symon Forms-300 each | $4,500.00 | $4,500.00 | | $0.00 | FA |
| 10 4 foot symon forms- 200 each | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 11 4 foot Advance Forms-200 each | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 12 11-01260 Leibowitz v. Chicago Regional Council of Carpenters Pension Fund | $0.00 | $6,000.00 | | $6,000.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $2.62 | FA |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**

$91,928.00   $50,879.48                $34,952.62    $0.00

**Major Activities affecting case closing:**

All vehicles are located at 21 W 448 N. Ave in Lombard. Need to get all vehicles appraised. Check given to Chcago Regional Council (need avod a preference). Debtor will mail in keys and titles are in file. Debtor will send in 18k check it will be mailed them in. Debtor phone number 708-254-3810.

Payment received for sold collateral.

Motion to Employ Accountant to prepare final tax return.

Review Claims and Prepare TFR

Lois West Preparing Final Tax Return

Review of Claims in preparation of TFR

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/31/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2012 | DAVID LEIBOWITZ |

**FORM 2**

Page No: 1

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-01319-TAB | **Trustee Name:** David Leibowitz |
| **Case Name:** | LISCHING CONSTRUCTION CO., INC. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******2906 | **Checking Acct #:** ******1901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 1/13/2011 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/24/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $18,602.62 | | $18,602.62 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.81 | $18,596.81 |
| 07/28/2011 | (4) | W.O.C. Inc dba Wheels of Chicagoland | Liquidation of 1998 Chevy 3/4 T Pickup | 1129-000 | $350.00 | | $18,946.81 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $26.13 | $18,920.68 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $30.53 | $18,890.15 |
| 09/07/2011 | | Hitachi Capital America Corp. | Liquidation of Bobcat S 130 Uniloader | * | $3,946.48 | | $22,836.63 |
| | {8} | | $10,000.00 | 1110-000 | | | $22,836.63 |
| | | | Payment to Hitachi Capital America Corp Re lien. $(6,053.52) | 4210-000 | | | $22,836.63 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $36.60 | $22,800.03 |
| 10/05/2011 | (12) | Chicago Regional Council of Carpenters | Payment RE Adv. Case NO. 11-01260 | 1141-000 | $6,000.00 | | $28,800.03 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $42.53 | $28,757.50 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $44.90 | $28,712.60 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $46.33 | $28,666.27 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.25 | $28,620.02 |
| 02/16/2012 | 5001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $22.27 | $28,597.75 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.20 | $28,554.55 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $47.56 | $28,506.99 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.03 | $28,463.96 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.93 | $28,418.03 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.85 | $28,372.18 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.30 | $28,327.88 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $50.13 | $28,277.75 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $39.74 | $28,238.01 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.56 | $28,192.45 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.96 | $28,145.49 |
| 03/11/2013 | 5002 | Illinois Department of Revenue | 2011 Tax Liability. | 2810-000 | | $1,295.00 | $26,850.49 |

**SUBTOTALS**   $28,899.10   $2,048.61

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-01319-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LISCHING CONSTRUCTION CO., INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2906 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/13/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/24/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $28,899.10 | $2,048.61 | $26,850.49 |
| | | | **Less: Bank transfers/CDs** | | $18,602.62 | $0.00 | |
| | | | **Subtotal** | | $10,296.48 | $2,048.61 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,296.48 | $2,048.61 | |

| For the period of 1/13/2011 to 6/24/2013 | | For the entire history of the account between 06/29/2011 to 6/24/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,350.00 | Total Compensable Receipts: | $16,350.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,350.00 | Total Comp/Non Comp Receipts: | $16,350.00 |
| Total Internal/Transfer Receipts: | $18,602.62 | Total Internal/Transfer Receipts: | $18,602.62 |
| | | | |
| Total Compensable Disbursements: | $8,102.13 | Total Compensable Disbursements: | $8,102.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,102.13 | Total Comp/Non Comp Disbursements: | $8,102.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 11-01319-TAB | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | LISCHING CONSTRUCTION CO., INC. | | **Bank Name:** | Sterling Bank | |
| **Primary Taxpayer ID #:** | ******2906 | | **Money Market Acct #:** | ******1319 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | |
| **For Period Beginning:** | 1/13/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 6/24/2013 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/15/2011 | (2) | A AND CONTRACTORS, INC. | Turover of Accounts Receivables | 1129-000 | $18,600.00 | | $18,600.00 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.36 | | $18,600.36 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.76 | | $18,601.12 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.79 | | $18,601.91 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.71 | | $18,602.62 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $18,602.62 | $0.00 |
| | | | **TOTALS:** | | $18,602.62 | $18,602.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $18,602.62 | |
| | | | **Subtotal** | | $18,602.62 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $18,602.62 | $0.00 | |

**For the period of 1/13/2011 to 6/24/2013**

| | |
|---|---|
| Total Compensable Receipts: | $18,602.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,602.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,602.62 |

**For the entire history of the account between 03/15/2011 to 6/24/2013**

| | |
|---|---|
| Total Compensable Receipts: | $18,602.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,602.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,602.62 |

FORM 2
Page No: 4
Exhibit B
Case 11-01319    Doc 50    Filed 06/24/13    Entered 06/24/13 13:40:00    Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 7 of 10

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 11-01319-TAB | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | LISCHING CONSTRUCTION CO., INC. | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2906 | | | **Money Market Acct #:** | | ******1319 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 1/13/2011 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 6/24/2013 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $28,899.10 | $2,048.61 | $26,850.49 |

**For the period of 1/13/2011 to 6/24/2013**

| | |
|---|---|
| Total Compensable Receipts: | $34,952.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,952.62 |
| Total Internal/Transfer Receipts: | $18,602.62 |
| | |
| Total Compensable Disbursements: | $8,102.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,102.13 |
| Total Internal/Transfer Disbursements: | $18,602.62 |

**For the entire history of the case between 01/13/2011 to 6/24/2013**

| | |
|---|---|
| Total Compensable Receipts: | $34,952.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,952.62 |
| Total Internal/Transfer Receipts: | $18,602.62 |
| | |
| Total Compensable Disbursements: | $8,102.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,102.13 |
| Total Internal/Transfer Disbursements: | $18,602.62 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:    11-01319-TAB
Case Name:    LISCHING CONSTRUCTION CO., INC.
Trustee Name:    David P. Leibowitz

Balance on hand:    $26,850.49

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:    $0.00
Remaining balance:    $26,850.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $4,245.26 | $0.00 | $4,245.26 |
| David P. Leibowitz, Trustee Expenses | $15.64 | $0.00 | $15.64 |
| Lakelaw, Attorney for Trustee Fees | $2,477.50 | $0.00 | $2,477.50 |
| Lakelaw, Attorney for Trustee Expenses | $9.26 | $0.00 | $9.26 |
| Lois West, Accountant for Trustee Fees | $1,968.00 | $0.00 | $1,968.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:    $8,965.66
Remaining balance:    $17,884.83

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $17,884.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,133.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | Laborer's Pension and Welfare Funds | $4,133.81 | $0.00 | $4,133.81 |

Total to be paid to priority claims: $4,133.81
Remaining balance: $13,751.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $211,997.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chicago Regional Council of Carpenters | $183,938.06 | $0.00 | $11,930.99 |
| 3A | Chicago Regional Council of Carpenters | $6,000.00 | $0.00 | $389.19 |
| 4 | Laborers' Pension and Welfare Funds | $22,059.00 | $0.00 | $1,430.84 |

Total to be paid to timely general unsecured claims: $13,751.02
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**