**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-01319-TAB |
| | § | |
| LISCHING CONSTRUCTION CO., INC. | § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $91,928.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $23,938.35 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $11,014.27 | | |

3)   Total gross receipts of $34,952.62 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $34,952.62 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $20,930.91 | $9,343.68 | $6,053.52 | $6,053.52 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $11,014.27 | $11,014.27 | $11,014.27 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $4,133.81 | $4,133.81 | $4,133.81 |
| General Unsecured Claims (from **Exhibit 7**) | $430,773.93 | $211,997.06 | $211,997.06 | $13,751.02 |
| **Total Disbursements** | $451,704.84 | $236,488.82 | $233,198.66 | $34,952.62 |

4). This case was originally filed under chapter 7 on 01/13/2011. The case was pending for 33 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2013           By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Bobcat S130 Uniloader - Contract | 1110-000 | $10,000.00 |
| 1998 Chevy 3/4 T Pickup | 1129-000 | $350.00 |
| Columbia Sept. 2008 $9,995.00 Build Tech Nov 2008 $31,000.00 A & A Paving Sept. 24, 2010 $18,600.00 | 1129-000 | $18,600.00 |
| 11-01260 Leibowitz v. Chicago Regional Council of Carpenters Pension Fund | 1141-000 | $6,000.00 |
| Interest Earned | 1270-000 | $2.62 |
| **TOTAL GROSS RECEIPTS** | | **$34,952.62** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Hitachi Capital America Corp. | 4110-000 | NA | $3,290.16 | $0.00 | $0.00 |
| | Atlas Bobcat Inc | 4110-000 | $4,000.00 | NA | $0.00 | $0.00 |
| | Bracing System | 4110-000 | $6,785.99 | NA | $0.00 | $0.00 |
| | Masons Local 502 Bene Funds | 4110-000 | $2,572.42 | NA | $0.00 | $0.00 |
| | Payment to Hitachi Capital America Corp Re lien. | 4210-000 | NA | $6,053.52 | $6,053.52 | $6,053.52 |
| | Robinson Bobcat Service | 4110-000 | $7,572.50 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$20,930.91** | **$9,343.68** | **$6,053.52** | **$6,053.52** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $4,245.26 | $4,245.26 | $4,245.26 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $15.64 | $15.64 | $15.64 |
| International Sureties, Ltd | 2300-000 | NA | $22.27 | $22.27 | $22.27 |
| Green Bank | 2600-000 | NA | $731.34 | $731.34 | $731.34 |

| | | | | | |
|---|---|---|---|---|---|
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Illinois Department of Revenue | 2810-000 | NA | $1,295.00 | $1,295.00 | $1,295.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,477.50 | $2,477.50 | $2,477.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $9.26 | $9.26 | $9.26 |
| Lois West, Accountant for Trustee | 3310-000 | NA | $1,968.00 | $1,968.00 | $1,968.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,014.27 | $11,014.27 | $11,014.27 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | Laborer's Pension and Welfare Funds | 5400-000 | NA | $4,133.81 | $4,133.81 | $4,133.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,133.81 | $4,133.81 | $4,133.81 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chicago Regional Council of Carpenters | 7100-000 | $192,121.06 | $183,938.06 | $183,938.06 | $11,930.99 |
| 3A | Chicago Regional Council of Carpenters | 7100-000 | NA | $6,000.00 | $6,000.00 | $389.19 |
| 4 | Laborers' Pension and Welfare Funds | 7100-000 | NA | $22,059.00 | $22,059.00 | $1,430.84 |
| | Captial One | 7100-000 | $965.56 | NA | NA | $0.00 |
| | Chase | 7100-000 | $15,039.01 | NA | NA | $0.00 |
| | Chase | 7100-000 | $4,146.82 | NA | NA | $0.00 |
| | Citicards | 7100-000 | $16,093.93 | NA | NA | $0.00 |
| | FIA-Harris | 7100-000 | $10,286.49 | NA | NA | $0.00 |
| | McJessy, Ching & Thompson | 7100-000 | $192,121.06 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $430,773.93 | $211,997.06 | $211,997.06 | $13,751.02 |

UST Form 101-7-TDR (10/1/2010)

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 11-01319-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LISCHING CONSTRUCTION CO., INC. | Date Filed (f) or Converted (c): | 01/13/2011 (f) |
| For the Period Ending: | 10/14/2013 | §341(a) Meeting Date: | 02/28/2011 |
| | | Claims Bar Date: | 05/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  First Nations Bank 1151 E. Butterfield Road Wheaton, IL 60189 | $8,333.00 | $8,333.00 | | $0.00 | FA |
| 2  Columbia Sept. 2008 $9,995.00 Build Tech Nov 2008 $31,000.00 A & A Paving Sept. 24, 2010 $18,600.00 | $59,595.00 | $18,600.00 | | $18,600.00 | FA |
| 3  1999 Chevy Blazer | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 4  1998 Chevy 3/4 T Pickup | $1,000.00 | $1,000.00 | | $350.00 | FA |
| 5  1995 Chevy 3/4 T Pickup | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 6  1984 Chevy 665 Flatbed | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 7  2002 Imperial Trailer Lot | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 8  Bobcat S130 Uniloader - Contract | $10,000.00 | $3,946.48 | | $10,000.00 | FA |
| 9  8 foot Symon Forms-300 each | $4,500.00 | $4,500.00 | | $0.00 | FA |
| 10  4 foot symon forms- 200 each | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 11  4 foot Advance Forms-200 each | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 12  11-01260 Leibowitz v. Chicago Regional Council of Carpenters Pension Fund | $0.00 | $6,000.00 | | $6,000.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $2.62 | Unknown |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$91,928.00   $50,879.48    $34,952.62   $0.00

**Major Activities affecting case closing:**

| 03/01/2011 | All vehicles are located at 21 W 448 N. Ave in Lombard.  Need to get all vehicles appraised.  Check given to Chcago Regional Council (need avod a preference).  Debtor will mail in keys and titles are in file.  Debtor will send in 18k check it will be mailed them in.  Debtor phone number 708-254-3810. |
|---|---|
| 09/07/2011 | Payment received for sold collateral. |
| 12/28/2011 | Motion to Employ Accountant to prepare final tax return. |
| 10/05/2012 | Review Claims and Prepare TFR |
| 12/13/2012 | Lois West Preparing Final Tax Return |
| 03/05/2013 | Review of Claims in preparation of TFR |
| 06/24/2013 | Hearing on Final report set for 6/25/2013. |
| 06/26/2013 | Distribution made. |

| Initial Projected Date Of Final Report (TFR): | 05/31/2012 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 05/31/2012 | DAVID LEIBOWITZ |

Page No: 1
Case 11-01319   Doc 54   Filed 10/21/13   Entered 10/21/13 10:05:36   Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 7 of 10
Exhibit 9

| Case No. | 11-01319-TAB | | | Trustee Name: | | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | LISCHING CONSTRUCTION CO., INC. | | | Bank Name: | | Green Bank |
| Primary Taxpayer ID #: | ******2906 | | | Checking Acct #: | | ******1901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | DDA |
| For Period Beginning: | 1/13/2011 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $18,602.62 | | $18,602.62 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.81 | $18,596.81 |
| 07/28/2011 | (4) | W.O.C. Inc dba Wheels of Chicagoland | Liquidation of 1998 Chevy 3/4 T Pickup | 1129-000 | $350.00 | | $18,946.81 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $26.13 | $18,920.68 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $30.53 | $18,890.15 |
| 09/07/2011 | | Hitachi Capital America Corp. | Liquidation of Bobcat S 130 Uniloader | * | $3,946.48 | | $22,836.63 |
| | {8} | | $10,000.00 | 1110-000 | | | $22,836.63 |
| | | | Payment to Hitachi Capital America Corp Re lien.   $(6,053.52) | 4210-000 | | | $22,836.63 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $36.60 | $22,800.03 |
| 10/05/2011 | (12) | Chicago Regional Council of Carpenters | Payment RE Adv. Case NO. 11-01260 | 1141-000 | $6,000.00 | | $28,800.03 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $42.53 | $28,757.50 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $44.90 | $28,712.60 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $46.33 | $28,666.27 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.25 | $28,620.02 |
| 02/16/2012 | 5001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $22.27 | $28,597.75 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.20 | $28,554.55 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $47.56 | $28,506.99 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.03 | $28,463.96 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.93 | $28,418.03 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.85 | $28,372.18 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $44.30 | $28,327.88 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $50.13 | $28,277.75 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $39.74 | $28,238.01 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.56 | $28,192.45 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $46.96 | $28,145.49 |
| 03/11/2013 | 5002 | Illinois Department of Revenue | 2011 Tax Liability. | 2810-000 | | $1,295.00 | $26,850.49 |
| 06/26/2013 | 5003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $4,245.26 | $22,605.23 |
| 06/26/2013 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $15.64 | $22,589.59 |
| 06/26/2013 | 5005 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 250.00; Amount Allowed: 250.00; Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $22,339.59 |
| 06/26/2013 | 5006 | Lakelaw | Claim #: ; Amount Claimed: 2,477.50; Amount Allowed: 2,477.50; Distribution Dividend: 100.00; | 3110-000 | | $2,477.50 | $19,862.09 |
| 06/26/2013 | 5007 | Lakelaw | Claim #: ; Amount Claimed: 9.26; Amount Allowed: 9.26; Distribution Dividend: 100.00; | 3120-000 | | $9.26 | $19,852.83 |
| | | | | **SUBTOTALS** | $28,899.10 | $9,046.27 | |

Page No: 2
Case 11-01319  Doc 54  Filed 10/21/13  Entered 10/21/13 10:05:36  Desc Main
Document  Page 8 of 10
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 11-01319-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LISCHING CONSTRUCTION CO., INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2906 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/13/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2013 | 5008 | Lois West | Claim #: ; Amount Claimed: 1,968.00; Amount Allowed: 1,968.00; Distribution Dividend: 100.00; | 3310-000 | | $1,968.00 | $17,884.83 |
| 06/26/2013 | 5009 | Laborer's Pension and Welfare Funds | Claim #: 4; Amount Claimed: 4,133.81; Amount Allowed: 4,133.81; Distribution Dividend: 100.00; | 5400-000 | | $4,133.81 | $13,751.02 |
| 06/26/2013 | 5010 | Chicago Regional Council of Carpenters | Claim #: 1; Amount Claimed: 183,938.06; Amount Allowed: 183,938.06; Distribution Dividend: 6.49; | 7100-000 | | $11,930.99 | $1,820.03 |
| 06/26/2013 | 5011 | Chicago Regional Council of Carpenters | Claim #: 3; Amount Claimed: 6,000.00; Amount Allowed: 6,000.00; Distribution Dividend: 6.49; | 7100-000 | | $389.19 | $1,430.84 |
| 06/26/2013 | 5012 | Laborers' Pension and Welfare Funds | Claim #: 4; Amount Claimed: 22,059.00; Amount Allowed: 22,059.00; Distribution Dividend: 6.49; | 7100-000 | | $1,430.84 | $0.00 |

|  |  |  | TOTALS: | | $28,899.10 | $28,899.10 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $18,602.62 | $0.00 | |
| | | | Subtotal | | $10,296.48 | $28,899.10 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,296.48 | $28,899.10 | |

| For the period of 1/13/2011 to 10/14/2013 | | For the entire history of the account between 06/29/2011 to 10/14/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,350.00 | Total Compensable Receipts: | $16,350.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,350.00 | Total Comp/Non Comp Receipts: | $16,350.00 |
| Total Internal/Transfer Receipts: | $18,602.62 | Total Internal/Transfer Receipts: | $18,602.62 |
| | | | |
| Total Compensable Disbursements: | $34,952.62 | Total Compensable Disbursements: | $34,952.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,952.62 | Total Comp/Non Comp Disbursements: | $34,952.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 11-01319-TAB | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | LISCHING CONSTRUCTION CO., INC. | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******2906 | | | **Money Market Acct #:** | | ******1319 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 1/13/2011 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 10/14/2013 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/15/2011 | (2) | A AND CONTRACTORS, INC. | Turover of Accounts Receivables | 1129-000 | $18,600.00 | | $18,600.00 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.36 | | $18,600.36 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.76 | | $18,601.12 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.79 | | $18,601.91 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.71 | | $18,602.62 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $18,602.62 | $0.00 |
| | | | **TOTALS:** | | $18,602.62 | $18,602.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $18,602.62 | |
| | | | **Subtotal** | | $18,602.62 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $18,602.62 | $0.00 | |

**For the period of 1/13/2011 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $18,602.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,602.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,602.62 |

**For the entire history of the account between 03/15/2011 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $18,602.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,602.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18,602.62 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-01319-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LISCHING CONSTRUCTION CO., INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2906 | Money Market Acct #: | ******1319 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/13/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $28,899.10 | $28,899.10 | $0.00 |

| For the period of 1/13/2011 to 10/14/2013 | | For the entire history of the case between 01/13/2011 to 10/14/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $34,952.62 | Total Compensable Receipts: | $34,952.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,952.62 | Total Comp/Non Comp Receipts: | $34,952.62 |
| Total Internal/Transfer Receipts: | $18,602.62 | Total Internal/Transfer Receipts: | $18,602.62 |
| | | | |
| Total Compensable Disbursements: | $34,952.62 | Total Compensable Disbursements: | $34,952.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,952.62 | Total Comp/Non Comp Disbursements: | $34,952.62 |
| Total Internal/Transfer Disbursements: | $18,602.62 | Total Internal/Transfer Disbursements: | $18,602.62 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ